## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **COMCAM INTERNATIONAL, INC.,** § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | **Case No. 17-cv-1443-JFB-SRF** |
| § | |
| **COMCAST CABLE** § | |
| **COMMUNICATIONS, LLC,** § | |
| § | |
| DEFENDANT. § | |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted by plaintiff ComCam International, LLC against defendant Comcast Cable Communications, LLC in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff ComCam International, LLC against defendant Comcast Cable Communications, LLC are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Date: January 29, 2018

_____
Senior United States District Judge